NO. 07-12-00250-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JULY 5, 2012

_____

IN RE R. WAYNE JOHNSON, RELATOR

_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Relator R. Wayne Johnson, proceeding *pro se,* has filed a petition seeking a writ of mandamus compelling the respondent, the Honorable Edward L. Self, Judge of the 242nd District Court of Castro County, to rescind an order dismissing a lawsuit Johnson filed in Castro County.[1]   According to Johnson, Judge Self abused his discretion by dismissing the suit because mandatory venue lay in another county.   We previously denied Johnson's mandamus relief for this same dismissal. *In re Johnson,* No. 07-11-0433-CV, 2011 Tex. App. Lexis 8662 (Tex.App.--Amarillo Oct. 31, 2011, orig. proceeding) (per curiam) (mem. op.).   We also affirmed the dismissal on Johnson's appeal.   *Johnson v. Cornelius,* No. 07-11-0091-CV, 2011 Tex. App. Lexis 7762 (Tex.App.--Amarillo Sept. 28, 2011, no pet.) (mem. op.).   The contentions in his present

---

[1] *Johnson v. Cornelius,* No. B9231-1011 (242nd Dist. Ct. Castro County, Tex. Jan. 13, 2011).

petition are variations on the same arguments he made in those proceedings. Johnson's petition is denied.

Per Curiam